# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-7018**    **September Term, 2014**

**1:13-cv-01995-ABJ**

**Filed On:** July 1, 2015

Demetra Baylor,

    Appellant

    v.

Mitchell Rubenstein & Associates, P.C.,

    Appellee

    **BEFORE:**    Tatel, Brown, and Millett, Circuit Judges

### O R D E R

Upon consideration of the motion to dismiss and for sanctions, the response thereto, and the reply, it is

**ORDERED** that the motion to dismiss be granted. Appellant seeks review of a district court order awarding interim attorney's fees. The challenged order is not a final order under 28 U.S.C. § 1291, see Trout v. Garrett, 891 F.2d 332, 335 (D.C. Cir. 1989), nor does it fall within the collateral order doctrine, see Coopers & Lybrand v. Livesay, 437 U.S. 463, 468 (1978). Further, appellant has not established that she is entitled to a writ of mandamus, see U.S. v. Poindexter, 859 F.2d 216, 222 (D.C. Cir. 1988) (per curiam), or to discretionary review under the "practical finality" doctrine of Gillespie v. U.S. Steel Corp., 379 U.S. 148 (1964). The order will be reviewable upon entry of a final judgment. It is

**FURTHER ORDERED** that the motion for sanctions be denied. Appellee has not demonstrated that it is entitled to the relief requested under Federal Rule of Appellate Procedure 38 or D.C. Circuit Rule 38.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**